UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1-10-cr-115-001 |
| v. ) | |
| ) | COLLIER / LEE |
| CLARENCE ROBERTS ) | |

# **O R D E R**

On January 20, 2011 Magistrate Judge Susan K. Lee filed a report and recommendation ("R&R") recommending the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Counts One, Two, Three and Five of the Indictment; (2) accept Defendant's plea of guilty to Counts One, Two, Three and Five of the Indictment; (3) adjudicate Defendant guilty of the charges set forth in Counts One, Two, Three and Five of the Indictment; (4) defer a decision on whether to accept the plea agreement until sentencing; and (5) allow Defendant to remain on bond until sentencing in this matter (Court File No. 34). Neither party filed a timely objection to the R&R. After reviewing the record, the Court agrees with the magistrate judge's R&R. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's R&R pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw his not guilty plea to Counts One, Two, Three and Five of the Indictment is **GRANTED**;

(2) Defendant's plea of guilty to Counts One, Two, Three and Five of the Indictment is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Counts One, Two, Three and Five of the Indictment;

(4)   A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(5)   Defendant **SHALL REMAIN** on bond pending sentencing in this matter which is scheduled for **Thursday, April 28, 2011 at 9:00 a.m.** before the Honorable Curtis L. Collier.

**SO ORDERED.**

**ENTER:**

                                  **/s/**
                                  **CURTIS L. COLLIER**
                                  **CHIEF UNITED STATES DISTRICT JUDGE**